UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT EVAN SPIERER and, <br> MARY CHARLENE SPIERER, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CAUSE NO. 1:13-cv-991-TWP-TAB |
| COREY E. ROSSMAN, and <br> JASON ISAAC ROSENBAUM, | ) <br> ) <br> ) | |
| Defendants. | ) | |

**DEFENDANT, COREY E. ROSSMAN'S,
PRELIMINARY EXHIBIT LIST**

Defendant, Corey E. Rossman, by counsel, Dane A. Mize, submits his Preliminary Exhibit List as follows:

1. Video recordings, photographs, recordings of communications and/or any other tangible evidence relating to the events of June 2, 2011 and June 3, 2011.

2. Documents produced by any party in this matter.

3. Documents produced by any nonparty in this matter.

4. Any and all documents identified in any party in a party's initial disclosures or preliminary exhibit lists.

5. All pleadings filed in this matter.

6. Any and all documents introduced in any deposition taken by the parties in this matter.

7. All answers to interrogatories, requests for production of documents, and requests for admissions in this matter, including all amendments and supplements.

8. Any and all documents provided to the Bloomington Police Department, FBI, or any other law enforcement agency as part of the investigation into the disappearance of Lauren Spierer.

9. All documents necessary for rebuttal or impeachment purposes.

Rossman reserves the right to supplement this list with additional documents and exhibits that may be identified as discovery continues.

Respectfully submitted,

/s/ Dane A. Mize
Dane A. Mize, #23072-49
*Counsel for Defendant Corey E. Rossman*

## **CERTIFICATE OF SERVICE**

   I certify that the foregoing was served via ECF to the following counsel of record on April 21/8, 2014.

  Larry A. Mackey
  Jason R. Barclay
  Jeanine Kerridge
  *Counsel for Plaintiffs*

  Carl A. Salzmann
  *Counsel for Corey E. Rossman*

  John Carl Trimble
  Robert M. Baker, IV
  Stephanie Lynn Cassman
  Theresa Renee Parish
  *Counsel for Jason Isaac Rosenbaum*

             /s/ Dane A. Mize
             Dane A. Mize, #23072-49

Dane A. Mize, Atty. No. 23072-49
dmize@skilesdetrude.com
SKILES DeTRUDE
150 East Market Street
Suite 200
Indianapolis, IN  46204
Tel:  (317) 321-2406
Fax: (317) 321-2414