UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT EVAN SPIERER and<br>MARY CHARLENE SPIERER,<br><br>    Plaintiffs,<br><br>    v.<br><br><br>MICHAEL B. BETH, COREY E. ROSSMAN<br>and JASON ISAAC ROSENBAUM,<br><br><br>    Defendants. | Civil Action No. 1:13-cv-00991<br>The Honorable Tanya Walton Pratt |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 3 and 4 that Robert Evan Spierer and Mary Charlene Spierer, Plaintiff-Appellants, by counsel, respectfully appeal to the United States Court of Appeals for the Seventh Circuit from the Final Judgment entered September 30, 2014 [Dckt. 113], and underlying decisions, including but not limited to: (a) the Order ruling on Defendant Michael B. Beth's Motion to Dismiss [Dckt. 36]; (b) the Order ruling on Defendant Corey E. Rossman's and Jason Isaac Rosenbaum's Motions to Dismiss Count I of Plaintiffs' Complaint [Dckt. 36]; (c) the Order ruling on Plaintiffs' Motion for Leave to File Supplement to Response to Defendant Jason Isaac Rosenbaum's Summary Judgment Motion With Additional Rule 56(D) Affidavit [Dckt. 112]; and (d) the Order ruling on Defendant Corey E. Rossman's and Defendant Jason Isaac Rosenbaum's Motion for Summary Judgment [Dckt. 112].

        Respectfully submitted,

        */s/ Jeanine Kerridge*
        Jason R. Barclay
        Jeanine Kerridge
        Larry A. Mackey
        BARNES & THORNBURG LLP
        11 South Meridian Street
        Indianapolis, IN 46204
        (317) 231-7250
        Fax: (317) 231-7433

        *Attorneys for Plaintiffs Robert Evan Spierer and Mary Charlene Spierer*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was electronically filed with the Court and was served on all counsel of record by the Court's electronic filing service this 3rd day of October, 2014.

        */s/ Jeanine Kerridge*
        Jeanine Kerridge

INDS02 JKERRIDGE 1340629v1